UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THERETIUS ADRAIN GREENBERRY,

    Defendant.
_____/

Hon. Phillip J. Green

Case No.  1:20-mj-00219

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of Criminal Complaint. The Complaint charges him with felon in possession of a firearm in violation of 18 U.S.C. §922 (g)(1).

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on June 11, 2020, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden by clear and convincing evidence that defendant poses a danger to the community. The

Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on June 11, 2020.

Date June 11, 2020                                    /s/ Phillip J. Green
                                                                 PHILLIP J. GREEN
                                                                 United States Magistrate Judge